IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reeves-Smith, Jonetta L | Case Number: 07 B 17457 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/25/08 | Filed: 9/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 2. | Citi Residential Lending | Secured | 33,215.60 | 0.00 |
| 3. | Internal Revenue Service | Priority | 7,043.59 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 105.75 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 131.27 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 96.94 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 164.15 | 0.00 |
| 8. | AT&T Wireless | Unsecured | 66.91 | 0.00 |
| 9. | B-Real LLC | Unsecured | 21.90 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 54.48 | 0.00 |
| 11. | Sherwin Williams Emp CU | Unsecured | | No Claim Filed |
| 12. | Nextel Communications | Unsecured | | No Claim Filed |
| 13. | Rite Price Motor | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,900.59 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Reeves-Smith, Jonetta L

Printed:  3/25/08

Case Number:  07 B 17457
Judge:  Goldgar, A. Benjamin
Filed:  9/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

